PETER B. TIEMANN (SBN 195875)
JELENA TIEMANN (SBN 232363)
ERIKA B. LEWIS (SBN 315957)
**TIEMANN LAW FIRM**
A PROFESSIONAL CORPORATION
701 University Ave., Ste. 150
Sacramento, California 95825
Phone (916) 999-9000
Fax (916) 985-0500

**ATTORNEY FOR PLAINTIFFS**
RAFAEL VAZQUEZ GARCIA and BRAULIA PEREZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VAZQUEZ GARCIA and BRAULIA PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COLDLINER EXPRESS, INC., MARCI HINTON, DANIEL H. CARSON, and DOES 1-100,<br><br>Defendants. | Case No. 2:18-CV-02222-TLN-AC<br><br>[Assigned to Hon. Judge Troy L. Nunley]<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION HEARINGS**<br><br>Date: August 20, 2019<br>Time: 9:00 a.m.<br>Dept: Courtroom 2 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between the parties, Plaintiffs RAFAEL VAZQUEZ GARCIA and BRAULIA PEREZ (hereinafter referred to as "Plaintiffs") and Defendants COLDLINER EXPRESS, INC., MARCI HINTON, DANIEL H. CARSON, and DOES 1-100 (hereinafter collectively referred to as "Defendants"), by and through their respective attorneys of record, as follows:

1. The purpose for this Stipulation is because Plaintiffs' counsel, Peter B. Tiemann and Jelena Tiemann, will be out of the state on a pre-planned vacation at the time of the presently-set hearing date for both Plaintiffs' Motion for Service via Publication and Defendants' Motion to Dismiss for Failure to Serve.

2. The hearing of both parties' Motions is continued to August 27, 2019, at 9:00 a.m. in Courtroom 4.

3. The parties also agree that, should the above-referenced date be inconvenient or unacceptable for any reason, the Court has the discretion to set another date which is more convenient or acceptable.

**TIEMANN LAW FIRM**
A Professional Law Corporation

DATED: August 12, 2019

/S/ *Peter B. Tiemann*
PETER B. TIEMANN
Attorney for Plaintiffs,
RAFAEL VAZQUEZ and BRAULIA PEREZ

**HARRINGTON, FOXX, DUBROW & CANTER**

DATED: August 19, 2019

/S/ *David S. Lavine*
DAVID S. LAVINE
Attorney for Defendants,
COLDLINER EXPRESS, INC., et al.

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Continue the hearing on Plaintiffs' Motion for Service via Publication and Defendants' Motion to Dismiss for Failure to Serve to August 27, 2019, at 9:00 a.m. in Courtroom 2.

IT IS SO ORDERED.

Date: August 19, 2019

Troy L. Nunley
United States District Judge