| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KEVIN J. GRAY, State Bar No. 142685<br>DAVID LAVINE, State Bar No. 166744<br>HARRINGTON, FOXX, DUBROW & CANTER, LLP<br>601 Montgomery Street, Suite 800<br>San Francisco, California 94111<br>Telephone (415) 288-6600<br>Facsimile (415) 288-6618<br>kgray@hfdclaw.com<br>Attorneys for Defendants<br>COLDLINER EXPRESS, INC. and MARCI HINTON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VAZQUEZ GARCIA and BRAULIA PEREZ,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COLDLINER EXPRESS, INC., MARCI HINTON, DANIEL H. CARSON, and DOES 1-100,<br><br>　　　　Defendants. | Case No. 2:18-CV-02222-TLN-AC<br>~~Hon. Troy L. Nunley~~<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR RULE 35 PHYSICAL EXAMINATION** |

IT IS HEREBY STIPULATED by and between plaintiff RAFAEL VASQUEZ GARCIA ("plaintiff") and defendants COLDLINER EXPERSS, INC. and MARCI HINTON ("defendants"), through their designated counsel, that plaintiff Vasquez Garcia will undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. Said examination shall take place on **October 4, 2019 at 10:00 a.m.,** and will be conducted by Trigg McClellan, M.D. at the offices of Truckee Physical Therapy, 11053 Donner Pass Road, Truckee, CA 96161. This examination is necessary to be conducted for the purpose of determining the nature and extent of plaintiff Vasquez Garcia's physical injuries and the relationship thereof to the motor vehicle accident which is the subject of this litigation, and will consist of all necessary and customary activities required to make such a determination, including but not limited to a review of medical history, a review of the accident at issue, and physical examination and evaluation. Photographs of plaintiff's alleged injuries may be taken for use during post-examination review and at trial. The examination may be aided by a language interpreter and may be recorded by either party. Plaintiff may be accompanied by an attorney from his counsel of record's law office, who may observe but who may not interfere with the medical examination.

IT IS FURTHER STIPULATED that plaintiff Vasquez Garcia shall be responsible for a no-show fee to the examining doctor, by written policy, of $950 plus $200 per hour of travel time should plaintiff Vasquez Garcia fail to appear for the scheduled examination, or to provide at least five full days of notice to defendants that he will not appear for the same, and a clinical space cancellation fee of $200, by written policy, should plaintiff Vasquez Garcia fail to appear for the scheduled examination, or to provide at least three full days of notice to defendants that he will not appear for the same, so that defendants may cancel both the examination and the clinical space rental.

IT IS FURTHER STIPULATED that, upon post-examination request by plaintiff Vasquez Garcia, defendants will provide to plaintiff Vasquez Garcia a copy of the examining doctor's written report once issued, setting out any or all of the history, examinations, findings, including the results of all tests made, diagnoses, prognoses, and conclusions of the medical examiner, together with the examining doctor's *curriculum vitae*, within ten days of defendants' receipt of same.

IT IS FURTHER STIPULATED that, so long as plaintiff Vasquez Garcia and his counsel are entirely cooperative with the examining doctor's questioning and examination, no further physical examination of plaintiff Vasquez Garcia will be sought in this case under Fed.R.Civ.P. 35.

SO STIPULATED AND AGREED.

Dated:     HARRINGTON, FOXX, DUBROW & CANTER, LLP

/s/ Kevin Gray
KEVIN J. GRAY
Attorneys for Defendants
COLDLINER EXPRESS, INC. and MARCI HINTON

Dated:     TIEMANN LAW FIRM

/s/ Jelena Tiemann
JELENA TIEMANN
Attorneys for Plaintiffs
RAFAEL VASQUEZ GARCIA and BRAULIA PEREZ

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED, IN ACCORDANCE WITH THE STIPULATION OF THE PARTIES.

Dated: September 24, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE