UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VAZQUEZ GARCIA and BRAULIA PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>COLDLINER EXPRESS, INC., MARCI HINTON, DANIEL H. CARSON,<br><br>Defendants. | No. 2:18-cv-02222-TLN-AC<br><br>**ORDER FOR SERVICE BY PUBLICATION** |

Following the August 27, 2019 hearing on Plaintiffs' Motion for Service by Publication (ECF No. 14), the Court found Plaintiffs had established reasonable diligence in attempting to serve Defendant Daniel H. Carson but held a ruling on the Motion in abeyance pending counsel's filing of a supplemental declaration that comports with the requirements of the California Code of Civil Procedure § 415.50. (*See* Minutes, ECF No. 29.) Counsel has filed such a declaration (ECF No. 30) and Defendants subsequently filed timely objections thereto (ECF No. 31). The Court has reviewed all relevant filings and is satisfied that Defendant Carson cannot be served with reasonable diligence in another manner set forth in California Code of Civil Procedure §§ 415.10–415.30. The Court also finds Plaintiffs have stated facts sufficient to constitute a cause of action against Defendant Carson. Therefore, Plaintiffs' Motion for Service by Publication is

1

GRANTED.  Upon review of Defendants' objections, [1] however, the Motion is GRANTED as follows:

Service of the summons in this action on Defendant DANIEL H. CARSON shall be accomplished by publication in the Arizona Republic, a newspaper in the State of Arizona, and a second newspaper published in California with a national circulation.  Within five (5) days of electronic filing of this Order, Plaintiffs are ORDERED to file with the Court the name of a newspaper published in California with a national circulation.  Publication shall be made once a week for four consecutive weeks pursuant to California Government Code § 6064 and shall not commence under that section unless and until the Court approves Plaintiffs' proposed nationally circulated newspaper.

Pursuant to Federal Rule of Civil Procedure 4, the language published shall say:

> SUMMONS TO DANIEL H. CARSON:
>
> RAFAEL VAZQUEZ GARCIA and BRAULIA PEREZ, Plaintiffs, v. COLDLINER EXPRESS, INC., MARCI HINTON, DANIEL H. CARSON, and DOES 1-100, Defendants.
>
> Case No. 2:19-cv-02222-TLN-AC in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.
>
> NOTICE REGARDING CIVIL LAWSUIT FOR MOTOR VEHICLE COLLISION. Plaintiffs RAFAEL VAZQUEZ GARCIA and BRAULIA PEREZ hereby notice Defendant DANIEL H. CARSON that Plaintiffs have filed suit in the United States District Court for the Eastern District of California.
>
> Plaintiffs allege this action arises out of a motor vehicle collision that occurred on or about October 5, 2017, when Defendant DANIEL H. CARSON, acting as a commercial truck operator for Defendant COLDLINER EXPRESS INC., was driving a 2016 Volvo Triple Axle Truck that was hauling a 2017 Utility Semi Reefer trailer in the County of Lassen, in the State of California. Plaintiffs allege Defendant DANIEL H. CARSON was traveling eastbound on State Route 44 when he failed to stay within his lane of travel and proceeded to drive the 2016 semi-truck that he was operating across

---

[1] Defendants' objections are sustained to the extent Defendants object to publication in the Sacramento Bee and the language proposed to serve as the published summons.  The Court agrees that publication in a newspaper with national circulation would be more likely to give actual notice to Defendant Carson, whose whereabouts are unknown and who had little known connection to Northern California.  Moreover, the summons must comply with Federal Rule of Civil Procedure 4, as set forth in this Order.  Defendants' objections are otherwise overruled.

2

the center double yellow lines directly into Plaintiff RAFAEL VAZQUEZ GARCIA's lane of travel, and collided with Plaintiff's vehicle, causing Plaintiffs to sustain injuries.

Defendant CARSON shall file with the District Court and serve upon Plaintiffs' attorney, Peter B. Tiemann (California Bar No. 195875), an Answer or other response to the Complaint within 21 days of service of this summons. Peter B. Tiemann's contact information is as follows: 701 University Avenue, Suite 150, Sacramento, CA 95825, (916) 999-9000; email pbtman@gmail.com.

Failure of Defendant to Answer or otherwise respond to Plaintiffs' Complaint within 21 days of service of summons may result in a default judgment entered against him in this action.

If Defendant Carson's address is ascertained prior to the expiration of the time prescribed for publication of the summons, a copy of the summons and Complaint and of this Order for publication shall immediately be mailed to Defendant. This order does not preclude service upon Defendant DANIEL H. CARSON in any manner specified in Code of Civil Procedure sections 415.10 through 415.30, which service supersedes the service by publication.

IT IS SO ORDERED.

Dated: March 6, 2020

_____
Troy L. Nunley
United States District Judge

3