PETER B. TIEMANN (SBN 195875)
JELENA TIEMANN (SBN 232363)
JAMES R. LEWIS (SBN 232248)
**TIEMANN LAW FIRM**
A PROFESSIONAL CORPORATION
701 University Ave., Ste. 150
Sacramento, California 95825
Phone (916) 999-9000
Fax (916) 985-0500

**ATTORNEY FOR PLAINTIFFS**
RAFAEL VAZQUEZ GARCIA and BRAULIA PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VAZQUEZ GARCIA and BRAULIA PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COLDLINER EXPRESS, INC., MARCI HINTON, DANIEL H. CARSON, and DOES 1-100,<br><br>Defendants. | Case No. 2:18-CV-02222-TLN-AC<br><br>[Assigned to Hon. Judge Troy L. Nunley]<br><br>**APPLICATION AND ORDER FOR APPROVAL TO PUBLISH IN LOS ANGELES TIMES** |

Plaintiff submitted a Motion for Service by Publication in May 2019, with a July 11, 2019, hearing date.  The Court ruled on the Motion on March 6, 2020.  Due to an email system error in our office, the Court's Order was not known to us, and not received by us until late April 2020.  Our apologies to the Court for the error, which has since been corrected.

///

///

///

///

///

///

Pursuant to the Court's Order, plaintiff proposes accomplishing service on Daniel H. Carson by publishing the required notice (contained in the Order) in the Los Angeles Times which has a national circulation, and is published in California. We request the Court's approval.

**TIEMANN LAW FIRM**
A Professional Law Corporation

DATED:  May 15, 2020            /S/  *James R. Lewis*
PETER B. TIEMANN
JAMES R. LEWIS
Attorney for Plaintiffs,
RAFAEL VAZQUEZ and BRAULIA PEREZ

**IT IS SO ORDERED.**

DATED: May 19, 2020

_____
Troy L. Nunley
United States District Judge